UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN N. MINTZ,
Plaintiff,

v.

LOEB PARTNERS CORP.

&

LOEB HOLDING CORP.,
Defendants.

Civil Action No. 19-cv-4829 (KPF)



NOTICE OF MOTION TO SUBSTITUTE PLAINTIFFS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Declaration of Mark P. Goodman and all other papers filed herein, Douglas N. Mintz and Geoffrey B. Mintz—as personal representatives of the Estate of Norman N. Mintz—by their undersigned attorneys, will move this Court before the Honorable Katherine Polk Failla, United States District Judge, in Courtroom 618 in the United States Courthouse located at 40 Foley Square, New York, New York, on a date and at a time to be set by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure substituting Douglas

Mintz and Geoffrey Mintz as plaintiffs in place of the late Norman N. Mintz.

Dated: New York, New York
      June 22, 2020                        DEBEVOISE & PLIMPTON LLP

                                           By: /s/ Mark P. Goodman
                                           Mark P. Goodman
                                           (mpgoodman@debevoise.com)
                                           Nora Niedzielski-Eichner
                                           (nniedzie@debevoise.com)
                                           919 Third Avenue
                                           New York, New York 10022
                                           (212) 909-6000

                                           *Attorneys for Plaintiff*

```
Application GRANTED.  The Clerk of Court is directed to substitute Douglas
Mintz and Geoffrey Mintz as Plaintiffs in this action.

Dated:    June 23, 2020                 SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE