UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS N. MINTZ and GEOFFREY B. MINTZ,<br><br>                              Plaintiffs,<br><br>              -v.-<br><br>LOEB PARTNERS CORP. and LOEB HOLDING CORP.,<br><br>                              Defendants. | 19 Civ. 4829 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 25, 2019, Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Dkt. #24).  On July 7, 2020, the Court held a telephonic hearing during which it read an oral decision on Defendants' motion into the record.  For the reasons given on the record during that hearing, Defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART.  Plaintiff's unjust enrichment claim is dismissed, but its breach of contract claim remains.  The Clerk of Court is directed to terminate the motion at docket entry 24.

        SO ORDERED.

Dated:   July 7, 2020
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge